

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00257-CV

VIVIANA SOSA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DESTINY SOSA, A DECEASED CHILD, AND JESSE SOSA
v.
UNION PACIFIC RAILROAD COMPANY AND ERNESTO ORTEGON

On appeal from the
197th District Court of Willacy County, Texas
Trial Cause No. 2009-CV-0010-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

May 14, 2015.